# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MATTHEW MICHAEL ALBRITTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2138

[January 17, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562022CF000547A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 350 So. 3d 72 (Fla. 4th DCA 2022).

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***